IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORNELIUS ACKLIN                                                          PETITIONER
REG. #20518-001

V.                                        NO.  2:05CV00245 GH

LINDA SANDERS, Warden,                                                   RESPONDENT
FCI, Forrest City, AR

JUDGMENT

        In accordance with the Court's Order entered this date, judgment is hereby entered

granting this 28 U.S.C. § 2241 petition for writ of habeas corpus.  Respondent is directed

to:   (a) consider, within twenty days and in good faith, transferring Petitioner to a

community corrections center  for the last six months of his sentence, or the remainder of

his sentence if less than six months remain to be served, in accordance with the factors

taken into account by the Bureau of Prisons prior to its adoption of the December 2002

Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity

to adjust to and prepare for his reentry into the community during a reasonable part of the

last ten percent of his term, to the extent practicable, not to exceed six months.

        IT IS SO ORDERED this __14th__ day of November, 2005.


_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE